## (September 25, 1980)

■ PUBLIC SERVICE MUTUAL INSURANCE COMPANY, as Subrogee of NORMAN LANDSBERG and Another, Doing Business as DIANE REALTY, Appellant, v PHILCO FORD CORPORATION, Respondent. SAM GOLDSTEIN, Plaintiff, v NORMAN LANDSBERG, Doing Business as DIANE REALTY Co., Appellant, and AERONUTRONIC FORD CORP., Now Known as FORD AEROSPACE AND COMMUNICATIONS CORP., Respondent.—Order, Supreme Court, New York County, entered on September 10, 1979, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Appeal from order of said court, entered on February 7, 1980, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Birns, J. P., Sandler, Silverman, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH TORRES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 10, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Silverman, Bloom and Lynch, JJ.